UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENVILLE

| | | |
|---|---|---|
| STACY MELTON | ) | |
| | ) | |
| v. | ) | NO. 2:06-cv-55 |
| | ) | |
| HOWARD CARLTON, Warden | ) | |

## **JUDGMENT ORDER**

In accordance with the accompanying memorandum opinion, this *pro se* petition for a writ of habeas corpus under 28 U.S.C. § 2254 is **DISMISSED**. Should the petitioner give a timely notice of appeal from this decision, such notice will be treated as an application for a certificate of appealability, which is **DENIED** for reasons stated in the memorandum. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). The Court also **CERTIFIES** any appeal from this decision would not be taken in good faith.

**IT IS SO ORDERED**.

ENTER:

s/ Leon Jordan
United States District Judge

ENTERED AS A JUDGMENT
s/ *Patricia L. McNutt*
CLERK OF COURT